# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Richard Lucero, Ralph Aragon, Maria Ochoa | **AMENDED JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 17-cv-4945 MJD/KMM |
| CenturyLink, Inc. | |
| Defendants, | |
| Attorney General of Delaware | |
| Amicus. | |

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Proposed Intervenors and Movants' Motion to Intervene, Compel Arbitration, and Stay Proceedings [Docket No. 596] is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Movant's motion to intervene is granted insofar as they are permitted limited intervention for the purpose of litigating their motion to compel arbitration only.

2. Movants Keisha Covington, Daniel Sokey, James Watkins, Jaclyn Finafrock, and Kelly Johnson's motion to compel arbitration against CenturyLink, Inc. is **GRANTED**; and Movant Tiffany Van Riper's motion to compel arbitration is **DENIED AS MOOT**.

3. Movants' motion to stay is **DENIED**.

Date: 12/16/2020                                                         KATE M. FOGARTY, CLERK